UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
_____ DIVISION

Donald L. Mayberry
**Plaintiff**

vs.

The Wooten Co. LLC
**Defendant**
David E. O'Reilly, Delaware or Primrose, et.

Case No. 13-3450-CV-S-JFM

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case and that the actions of the defendant(s) will harm me. ~~have harmed~~

Attached is my Affidavit of Financial Status in support of my application to the court for leave to file a civil action without payment of costs.

*/s/ Donald Mayberry*
**Plaintiff**