UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Donald L Mayberry
Plaintiff ）
）
）
vs. ）   Case No. 13-3450-CV-S-JFM
The Whitten Co LLC ）
Defendant ）
David E. O'Reilly ）
Delaware on Partnerse Acts

AFFIDAVIT OF FINANCIAL STATUS

I, Donald L Mayberry, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

I. **MARITAL STATUS AND PERSONAL DATA**

A. Single: X  Married:___  Separated:___  Divorced:___

B. Name of Spouse _____

C. Age of plaintiff, petitioner or complainant: 59

D. Age of spouse: _____

E. Address of plaintiff, petitioner or complainant: 1717 E. Primrose ST. D110 Sgfld Mo. 65704

Telephone: 417-268-0465

F. Address of spouse: _____

Telephone: _____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

_____

_____

_____

## II. EMPLOYMENT

A. Name of employer: ~~A*A~~ VA

Address of employer: Philadelphia PA

Employer's telephone: _____ Length of employment: _____

Job title or description: Disability Pension

Net Income: Monthly $1750 Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

Does employer provide health insurance: Yes ____ No ____

If employer provides health insurance, describe coverage: _____

_____

_____

B. Previous employment (Answer only if presently unemployed)

Name of employer: _____

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

C. Employment of spouse:

Name of employer: _____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:     Monthly $_____    Weekly $_____

Gross Income:   Monthly $_____    Weekly $_____

## III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.    Owner of real property?   Yes___   No ✗

If yes - Description:_____

Address:_____

In whose name?_____

Estimated value:_____

Total amount owed:_____

Owed to:_____

Annual income from property:_____

B.    Owner of automobile:   Yes___   No ✗

If yes - Number of automobiles owned:_____

Make_____ Model_____ Year_____

Make_____ Model_____ Year_____

In whose name registered?_____

Present value:_____

Amount owed on the automobile(s):_____

Owed to:_____

Monthly payment(s):_____

Page 3

Case 6:13-cv-03450-JFM   Document 1-1   Filed 12/02/13   Page 3 of 6

C. Cash on hand: (Include checking and savings accounts)

$ 602.00

List names and addresses of banks and associations:

Please do not state account numbers: Sikorsky Federal Credit Union Stratford CT.

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | — | X |
| Pensions, trust funds, annuities or life insurance payments? | X | — |
| Gifts or inheritances? | — | X |
| Welfare payments? | — | X |
| ADC or other governmental child support? | — | X |
| Unemployment benefits? | — | X |
| Social Security benefits? | — | X |
| Other sources? | — | X |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

_____

_____

_____

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment: $435.00

B. Monthly mortgage payments on house: N/A

Amount of equity in house: N/A

Page 4

C. Monthly mortgage payments on other properties: $ NA

Amount of equity in other properties: $ NA

D. Household expenses:

Monthly grocery expense: $300.00

Monthly utilities:

Gas: NA

Electric: $90.00

Water: NA

Other: (Specify) $35 Renters Ins.

E. Other debts and miscellaneous monthly expenses:

| To whom owed and for what reason incurred? | Monthly Payments | Balance Due |
|---|---|---|
| Worldwide Finance | $250.00 | $3,500.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

N/A

Page 5

Case 6:13-cv-03450-JFM   Document 1-1   Filed 12/02/13   Page 5 of 6

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of _____  )
                                  )
County of _____   )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

All parties must verify

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20 ___

_____
Notary Public

_____
My Commission Expires

Page 6