# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# _____ DIVISION

Donald L. Mayberry )
)
)
)
_____ )
Enter above the full name of Plaintiff or Plaintiffs )
)
vs. ) CASE NO. 13-3450-CV-S-JFM
)
The Wooten Co. LLC )
D/B/A Delaware on Primrose )
Apts. / David E. O'Reilly )
Enter above the full name of Defendant or Defendants )

## CIVIL COMPLAINT

**I. Parties to this Civil Action**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff: Donald L. Mayberry

Address: 1717 E. Primrose St. Apt. D110
Springfield, MO 65804

B. Name of Defendant(s): The Wooten Co. LLC —
David E. O'Reilly — Delaware on Primrose
Apts.

1

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

I am a current resident seeking to stop my apt being sprayed w/ toxic bed bug spray. I will suffer immed harm medically due to medication I am taking.

## III. Relief

State briefly exactly what you want the Court to do for you.

Issue an emergency TRO before Dec 6th to allow me to make an arguement against this action.

Make no legal arguments. Cite no cases or statutes.

## IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☒   No ☐

## V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

Yes ☐   No ☒

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

2

**VI. Counsel**

Do you have an attorney to represent you in this civil action?

Yes ☐   No ☒

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

Yes ☒   No ☐

B. If you answered yes, state the names and addresses of the attorneys contacted, and give the results of those efforts.

Local attorneys over the holiday. Both had knowledge of or personal relationships to Defendant

C. If you answered no, state your reasons why no such efforts have been made.

**VII. Administrative Procedures**

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes ☐   No ☒

B. If you answered yes, state the date your claims were presented, how they were presented, and the result of that procedure.

3

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_Due to holidays there wasn't time to stop this action._

Signed this 2nd day of December, 20 13

_/s/ Donald D. Mayden_
Signature of Plaintiff(s)

## VERIFICATION
(All parties must verify)

State of _____ )
                                )
County of _____ )

_____, being first duly sworn under oath, presents that he/she is the Plaintiff in this action; that he/she knows the contents of the complaint; and that the information contained therein is true to the best of his/her knowledge and belief.

_____
*Signature of Plaintiff(s)*

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 20___.


_____          _____
Notary Public                    My Commission Expires

4