PLAINTIFF
Donald L. Mayberry

DEFENDANTS
The WOOTEN Co. LLC
David E. O'Reilly
Delaware on Primrose

Case# 13-3450-CV-S-JFM

I, Donald L. Mayberry on this date 12-19-2013 do hereby move to withdraw this Case.

*Donald L. Mayberry* (signature)